BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
WILLIAM R. KILLIP, JR.
Nevada Bar No. 3660
JENNIFER PETERSON, ESQ.
Nevada Bar No. 11242
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
bill@nettleslawfirm.com
jennifer@nettleslawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ZAPINSKI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation d/b/a WAL-MART SUPERCENTER #1584; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-2176<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)** |

COME NOW, Plaintiff MICHELLE ZAPINSKI, by and through her attorneys BRIAN D. NETTLES, ESQ., and WILLIAM R. KILLIP, JR., ESQ., and JENNIFER A. PETERSON, ESQ., of the NETTLES LAW FIRM; and Defendant WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER #1584, by and through their attorneys ROBERT K. PHILLIPS, ESQ., and RYAN KERBOW, ESQ., of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby submit the following Stipulation pursuant to Local Rule 26-4. Based upon the following, the Parties

request this Court extend all discovery deadlines by sixty (60) days. This request is made in good faith and not to unduly delay the proceedings.

## I. **Local Rule 6-1**

Under LR 6-1(b) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

### a. **The Requirement of Local Rule 6-1 Are Satisfied**

This is the first request for extension filed by the parties. The parties are seeking this extension in order to complete additional discovery that could not be completed during the time allotted.

## II. **Local Rule 26-4(a)**

Under LR 26-4(a) a statement specifying the Discovery completed:

a. Initial disclosures have been exchanged between all parties.

b. Written discovery has been expedited.

## III. **Local Rule 26-4(b)**

Under LR 26-4(b) a specific description of the Discovery that remains to be completed:

a. The remaining Discovery to be completed is Plaintiff's deposition, FRCP 30(b)(6) depositions of Defendant, Deposition of Defendant's employees, depositions of treating physicians, and disclosure and depositions of the experts. Of note: the deposition of Plaintiff is currently scheduled to take place on November 29, 2017 and the deposition of Dr. Yavgeniy Khavkin, Plaintiff's treating physician, is currently scheduled to take place on December 19, 2017.

## IV. **Local Rule 26-4(c)**

Under LR 26-4(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

a. Due to various scheduling conflicts, it has been impossible to conduct depositions which must be completed prior to the disclosure of experts.

## V. **Local Rule 26-4(d)**

Under LR 26-4(d) a proposed schedule for completing all remaining Discovery:

a. Discovery cutoff dates:
   Current date:      February 12, 2018
   Proposed date:     April 13, 2018
b. Amending the Pleadings and Adding Parties:
   Current date:      November 14, 2017
   Proposed date:     January 12, 2018
c. Disclosures of Experts:
   i. Initial expert disclosures:
      Current date:   December 14, 2017
      Proposed date:  February 12, 2018
   ii. Rebuttal expert disclosures:
      Current date:   January 15, 2018
      Proposed date:  March 14, 2018
d. Interim Status Report:
   Current date:      December 14, 2017
   Proposed date:     February 12, 2018
e. Dispositive Motions:
   Current date:      March 14, 2018
   Proposed date:     May 11, 2018
f. Joint Pre-Trial Order:
   Current date:      April 13, 2018
   Proposed date:     June 12, 2018

…
…
…
…
…
…

NETTLES LAW FIRM
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

Therefore, good cause existing, counsel jointly request that this Honorable Court allow them the above proposed extended Discovery dates.

DATED this 9th day of November, 2017.                    DATED this 9th day of November, 2017.

NETTLES LAW FIRM                                                            PHILLIPS, SPALLAS & ANGSTADT LLC


By: __/s/ Jennifer A. Peterson_____                   By: __/s/ Ryan Kerbow_____
JENNIFER A. PETERSON, ESQ.                                  RYAN KERBOW, ESQ.
Nevada Bar No. 11242                                                   Nevada Bar No. 11403
1389 Galleria Drive, Suite 200                                      504 South Ninth Street
Henderson, Nevada 89014                                            Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                                                    *Attorneys for Defendant*

### ORDER

Upon stipulation of counsel and good cause appearing therefore:

**IT IS HERBY ORDERED** that the *Stipulation and Order to Extend Discovery Deadline Dates (First Request)* is hereby approved.

DATED __November 13_____, 2017.


_____
UNITED STATES MAGISTRATE JUDGE


Respectfully submitted by:

NETTLES LAW FIRM


By: __/s/ Jennifer A. Peterson_____
JENNIFER PETERSON, ESQ.
Nevada Bar No. 11242
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorney for Plaintiff*