ROBERT PHILLIPS
Nevada Bar No. 11441
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ZAPINSKI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a foreign corporation d/b/a WAL-MART SUPERCENTER #1584; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02176-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Plaintiff MICHELLE ZAPINSKI ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the discovery deadlines in the present case for a period of 30 days Pursuant to Local Rule IA 6-1 and Local Rule 26-4.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the third such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

- 1 -

- Walmart has served written discovery to Plaintiff, and Plaintiff has served responses;
- Plaintiff has served written discovery to Walmart, and Walmart has served responses;
- Walmart has deposed Plaintiff;
- Walmart has deposed Plaintiff's orthopedic surgeon, Yevginiy Khavkin, M.D.;
- Plaintiff has deposed Walmart's employee and fact witness, Joe Williams;
- The parties have served expert disclosures;

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Deposition of Plaintiff's retained expert, Alex J. Balian;
- Deposition of Walmart's FRCP 30(b)(6) witness;
- Deposition of Walmart's retained medical expert, Dr. Steven McIntire;

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the requested extension. Despite good faith efforts by counsel, Walmart has been unable to schedule the deposition of Plaintiff's retained liability expert witness, Alex J. Balian, within the discovery period, as Mr. Balian has informed Walmart's counsel that he is unavailable until the month of June 2018. An extension of 30 days is therefore required. All remaining discovery should be completed prior to the new close of discovery.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

## [PROPOSED] NEW DISCOVERY DEADLINES

Discovery Cut-Off Date

    Currently: May 28, 2018

    Proposed: June 27, 2018

Dispositive Motion Deadline

    Currently: June 25, 2018

Proposed: July 27, 2018

Joint Proposed Pre-Trial Order

Currently: July 27, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5).

Proposed: August 27, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5)

If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 30th day of April, 2018

/s/ Jennifer A. Peterson

Jennifer A. Peterson, Esq.
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, NV 89014

*Attorneys for Plaintiff
Michelle Zapinski*

DATED this 30th day of April, 2018.

/s/ Ryan Kerbow

Ryan Kerbow, Esq.
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** April 30, 2018