# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ZAPINSKI, an individual, | Case No.: 2:17-cv-02176-APG-NJK |
| Plaintiff | **Order Regarding Settlement** |
| v. | |
| WAL-MART STORES INC., a foreign corporation d/b/a WAL-MART SUPERCENTER #1584; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | |
| Defendants | |

Based on the parties' Notice of Settlement, the parties shall file a stipulation to dismiss, or a joint report on the status of their settlement, by April 26, 2019.

DATED this 20th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE