1 ROBERT K. PHILLIPS
Nevada Bar No. 11441
2 BETSY C. JEFFERIS
Nevada Bar No. 12980
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4 Las Vegas, Nevada 89101
(702) 938-1510
5 (702) 938-1511 (Fax)
6 rphillips@psalaw.net
bjefferis@psalaw.net
7

8 *Attorneys for Defendant*
*Walmart, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ZAPINSKI, an individual,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a foreign corporation d/b/a WAL-MART SUPERCENTER #1584; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-02176-APG-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .
. . .

party's own costs and attorney's fees.

DATED this 28th day of March, 2019.

**NETTLES | MORRIS**

_/s/ Rachel N. Solow_

BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
RACHEL N. SOLOW, ESQ.
Nevada Bar No. 9694
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, NV 89014
*Attorneys for Plaintiff*
*Michelle Zapinski*

DATED this 5th day of April, 2019.

**PHILLIPS, SPALLAS & ANGSTADT**

#13342

_/s/_ (for)

BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Walmart, Inc.*

*Michelle Zapinski v. Walmart*
*Case No. 2:17-cv-02176-APG-NJK*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of April, 2019.

_____
**UNITED STATES DISTRICT JUDGE**